1400 MANHATTAN TRUST COMPANY vs. MILLER (City Treas., Ironwood), No. 15012. (Certiorari to Gogebic.)

To compel respondent to pay a certain warrant issued to relator.

The circuit judge granted the writ.

Affirmed November 9, 1895, with costs.

The warrant was payable from the hydrant rental fund, and

while respondent answered that there was no money in that fund, it appeared that he had been directed by the common council to transfer a sufficient amount from the general fund to the hydrant rental fund, and respondent contended that such transfer had not been made.